No. 89–5267.  WALKER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 89–5268.  THOMAS v. WISCONSIN.  Sup. Ct. Wis.  Certiorari denied.

No. 89–5269.  REED v. WHITE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5273.  DEMPSEY v. SEARS, ROEBUCK & CO. ET AL. C. A. 1st Cir.  Certiorari denied.

No. 89–5274.  SMART v. LEEKE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 89–5276.  ROPER ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–5278.  COOK ET AL. v. MARTINEZ ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 89–5281.  ROMAH v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–5283.  THOMAS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 89–5285.  HAMPTON v. EARL C. SMITH MOTOR FREIGHT ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–5286.  JACKSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 89–5287.  PERCY v. PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5288.  BARTHOLOMEW v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–5289.  STANDLEY v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 89–5290.  MORENO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.